IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

LINDA CRAIG,                                                  :
                    Plaintiff,                          :
                                                    :

    v.                                                            :
                                                    :    23 – CV - 01773

BURLINGTON COAT FACTORY A/K/A                 :
BURLINGTON COAT FACTORY CORP. A/K/A  :
BURLINGTON STORES AND BURLINGTON          :
COAT FACTORY,                                              :
                                                    :
                                  Defendants.    :

_____

## **STIPULATION**

WHEREAS, this matter arises over an incident which allegedly occurred on April 6, 2022, when plaintiff, Linda Craig ("Plaintiff") claims to have slipped and fallen while patronizing a Burlington Coat Factory store (the "Alleged Accident");

WHEREAS, as a result of the Alleged Accident, Plaintiff claims to a sustained a variety of personal injuries, including but not limited to a fracture of her shoulder, as well as various unspecified injuries;

WHEREAS, Plaintiff brought suit against Burlington Coat Factory Warehouse Corportaion and Burlington Coat Factory (collectively, "Burlington") for damages arising from the Alleged Accident in the Court of Common Pleas of Philadelphia in the action styled <u>Linda Craig v. Burlington Coat Factory, a/k/a Burlington Coat Factory Corp, a/k/a Burlington Stores and Burlington Coat Factory</u> in the April Term, 2023, No. 00904 (the "Lower Court Action");

WHEREAS, Burlington removed the Lower Court Action to this Court on the basis of diversity jurisdiction in that the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs;

WHEREAS, Plaintiff contends that the value of her claims in this action do not exceed the sum of $75,000.00, exclusive of interest and costs, and seeks to have this matter remanded to the Court of Common Pleas of Philadelphia;

NOW THEREFORE, intending to be legally bound, the parties hereto stipulate and agree as follows:

AND NOW, this _____7th_____ day of _____June_____, 2023, it is hereby STIPULATED and AGREED by and between Jason Fine, Esquire counsel for the plaintiff, Linda Craig and John T. Asher, III, Esquire, counsel for defendants, Burlington Coat Factory Warehouse Corporation and Burlington Coat Factory as follows:

1.      Plaintiff, Linda Craig's claims in this matter do not exceed the sum of $75,000.00, exclusive of interest and costs;

2.      Plaintiff further agrees that she will not seek more than $75,000.00, exclusive of interest and costs, and will not accept more than $75,000.00, exclusive of interest and costs, in any future proceedings in this matter should this matter be remanded to the Court of Common Pleas of Philadelphia;

3.      Plaintiff further agrees that this stipulation applies to any claim for post-trial relief, including any claims for delay damages under Pennsylvania Rule of Civil Procedure 238;

4.      Plaintiff agrees that in any future proceeding in the Court of Common Pleas of Philadelphia any award she receives at trial and/or arbitration, shall be reduced by and molded by the Court to reflect the terms of this Stipulation; and,

5.      Plaintiff acknowledges and understands that Burlington is relying on the

representations of Plaintiff in this Stipulation, thath they are doing so in good faith, and that

Plaintiff is accordingly estopped from changing her position and seeking more than $75,000.00,

exclusive of interest and costs in this matter.

**J. FINE LAW GROUP, P.C.**                     **SPECTOR GADON ROSEN VINCI P.C.**

_____                     _____
**JASON E. FINE, ESQUIRE**                     **GEORGE M. VINCI, JR., ESQUIRE**
**Attorney for plaintiff,**                     **JOHN T. ASHER, III, ESQUIRE**
**Linda Craig**                                 **Attorneys for defendants**
                                                **Burlington Coat Factory Warehouse**
                                                **Corporation and Burlington Coat Factory**


**APPROVED BY THE COURT:**


_____/s/ John R. Padova_____
                    **JOHN R. PADOVA, U.S.D.J.**
          Dated: August 28, 2023

3